|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | decision reached in our original opinion |
|  |  |  | MATHIAS, J. | Concurs |
|  |  |  | BARNES, J. | Concurs |
| Scott v. State | 48A05–1605–CR–1152 | 12/06/2016 | BRADFORD, J. | Affirmed |
|  |  |  | VAIDIK, C.J. | Concurs |
|  |  |  | BROWN, J. | Concurs |
| Terry v. State | 11A05–1605–CR–1010 | 12/06/2016 | BRADFORD, J. | Affirmed |
|  |  |  | VAIDIK, C.J. | Concurs |
|  |  |  | BROWN, J. | Concurs |
| Ryle v. State | 48A02–1603–CR–594 | 12/06/2016 | BARTEAU, Sr.J. | Affirmed |
|  |  |  | VAIDIK, C.J. | Concurs |
|  |  |  | BARNES, J. | Concurs |
| R.P., In re | 48A02–1603–JT–482 | 12/07/2016 | ROBB, J. | Affirmed |
|  |  |  | MATHIAS, J. | Concurs |
|  |  |  | BROWN, J. | Dissents with Separate opinion |
| Smith v. State | 49A02–1603–CR–656 | 12/07/2016 | CRONE, J. | Affirmed |
|  |  |  | RILEY, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |
| McCullagh v. State | 59A01–1604–CR–735 | 12/07/2016 | ROBB, J. | Affirmed in part, Reversed in part, and Remanded |
|  |  |  | MATHIAS, J. | Concurs |
|  |  |  | BROWN, J. | Concurs |
| Robinson v. State | 12A02–1603–PC–481 | 12/07/2016 | CRONE, J. | Affirmed |
|  |  |  | RILEY, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |
| Schini v. State | 30A01–1603–CR–418 | 12/07/2016 | ROBB, J. | Affirmed |
|  |  |  | MATHIAS, J. | Concurs |
|  |  |  | BROWN, J. | Dissents with Separate opinion |